

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-23-00093-CR

ANTHONY SCOTT WHITE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 22F0202-202

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

# MEMORANDUM OPINION

A Bowie County jury found Anthony Scott White guilty of two counts of abandoning or endangering a child and assessed a sentence of two years' imprisonment for each conviction. On appeal, White argues that the trial court erred by not permitting him to represent himself at trial and by failing to rule on his second pro se recusal motion.[1]

We addressed White's complaints in detail in our opinion in cause number 06-23-00092-CR. For the reasons discussed in that opinion, we find, here, that the trial court (1) did not abuse its discretion by deciding that White was unable to represent himself and (2) was not required to rule on White's second pro se recusal motion because White was not entitled to hybrid representation.

We affirm the trial court's judgment.

Charles van Cleef
Justice

Date Submitted:     November 20, 2023
Date Decided:       December 6, 2023

Do Not Publish

---

[1]In companion case 06-23-00092-CR, White appeals his conviction for injury to a child. In companion cases 06-23-00094-CR and 06-23-00095-CR, White appeals additional convictions for abandoning or endangering a child. In companion cases 06-23-00096-CR and 06-23-00097-CR, White appeals convictions for criminal mischief.